**Order entered January 29, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01173-CV

**BRAUM'S, INC., Appellant**

**V.**

**IRMA AGUILAR, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06458**

## ORDER

Before the Court is the parties' January 27, 2020 joint motion for abatement or, alternatively, extension of time to file appellee's brief. The parties explain they are engaged in settlement negotiations and request a thirty-day period to complete their negotiations and finalize any settlement agreement they reach.

We **GRANT** the motion to the extent we **ORDER** a motion to dismiss the appeal, a status report, or appellee's responsive brief be filed no later than March 2, 2020.

/s/      BILL WHITEHILL
JUSTICE